UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| ) | 18 U.S.C. §2252(a)(2) - |
| ) | Receipt and Distribution |
| ) | Of Child Pornography |
| JOHN BOITEAU, JR., ) | |
| Defendant ) | 18 U.S.C. §2253(a) |
| ) | Criminal Forfeiture |
| ) | |

## INDICTMENT

The Grand Jury charges:

**COUNT ONE:**   (18 U.S.C. § 2252(a)(2) - Receipt and Distribution Of Child Pornography)

On or about October 20, 2004, in Springfield, within the District of Massachusetts, and elsewhere,

**JOHN BOITEAU JR.**

defendant herein, did knowingly receive and attempt to receive a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, that had been transported in interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATIONS

**18 U.S.C. § 2253(a) -- Criminal Forfeiture**

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on Count One hereof, the defendant **JOHN BOITEAU JR.** shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2252 and/or 2252A; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computers and related items that were seized by law enforcement officials from his residence on October 20, 2004.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Ariane D. Vuono
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _____

Returned into the District Court by the Grand Jurors and filed on ~~November~~ December __, 2004.

*[signature]*
DEPUTY CLERK OF THE COURT

3