# UNITED STATES DISTRICT COURT

FIRST     DISTRICT OF     MASSACHUSETTS

UNITED STATES

v.

JOHN BOITEAU, JR.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States

I certify that I am admitted to practice in this court.

_December 13, 2004_
Date

_[signature]_
Signature

Ariane D. Vuono
Print Name

545766
Bar Number

1550 Main Street, Room 310
Address

Springfield
City

MA
State

01103
Zip Code

413-785-0330
Phone Number

413-785-0394
Fax Number