⚪ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

**NOTICE**

V.

JOHN BOITEAU, JR.    CASE NUMBER: 04-30054-MAP

TYPE OF CASE:

☐ **CIVIL**    :    **CRIMINAL**

: **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, MA 01103 | DATE AND TIME |
| | February 4, 2005, at 11:30 a.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT

9  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 26, 2005    /s/ Bethaney A. Healy
DATE    (BY) DEPUTY CLERK

TO:    All counsel of record
       John Boiteau, Jr.
       Pretrial Services Office