UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
| Defendant ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance, as counsel of record, for the Defendant, John Boiteau, in the above entitled matter.

*[signature]*
BERNARD T. O'CONNOR, JR.
O'Connor, Martinelli, Cullinan &
Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO # 557872

Date: February 17, 2005