UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          )   Criminal No. 04-30054-MAP
                            )
JOHN BOITEAU, JR.,          )
            Defendant       )

**NOTICE OF APPEARANCE**

Please enter my appearance, as counsel of record, for the Defendant, John Boiteau, in the above entitled matter.

_____
BERNARD T. O'CONNOR, JR.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO # 557872

Date: February 17, 2005