UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                           )<br>)<br>)<br>JOHN BOITEAU,                                      )<br>          Defendant           ) | Civil Action No. 04-30054-MAP |

SCHEDULING ORDER
April 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Initial Status Conference this day:

1. An interim status conference will be held on June 3, 2005, at 1:00 p.m. in Courtroom III.

2. On or before the close of business, June 1, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge