UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
| ) | |
| Defendant. ) | |

PARTIES' JOINT MOTION TO CONTINUE THE STATUS CONFERENCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the status conference hearing scheduled for June 3, 2005, be continued to June 17, 2005, at 1:30 p.m. In support of its motion the parties state the following:

1. The status conference is currently scheduled for June 3, 2005.

2. Defense counsel has made arrangements with the government to view the evidence in this case on June 15, 2005.

3. The parties agree that the time from June 3, 2005, through June 17, 2005, is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

Accordingly, the parties respectfully request that the

status conference be continued to June 17, 2005, at 1:30 p.m.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:    /s/ Ariane D. Vuono
       Ariane D. Vuono
       Assistant U.S. Attorney


       /s/ Bernard T. O'Connor, Jr.
       Bernard T. O'Connor, Jr.
       Counsel for John Boiteau, Jr.

Dated: May 31, 2005


CERTIFICATE OF SERVICE

Hampden, ss.                         Springfield, Massachusetts
                                      May 31, 2005

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by fax and mail to Bernard T. O'Connor, Jr., Esq., 1391 Main Street, Harrison Place, Suite 1022, Springfield, MA 01103.

                                     /s/ Ariane D. Vuono
                                     Ariane D. Vuono
                                     Assistant U.S. Attorney