UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
|        Defendant ) | |

**MOTION TO CONTINUE STATUS CONFERENCE**

The defendant, by undersigned counsel, respectfully requests the status conference hearing, now scheduled for June 17, 2005, be continued until June 27, 2005 at 2:30. As reasons therefore:

1. The status conference is scheduled for June 17, 2005

2. The undersigned will not be available on June 17, 2005, due to a previously scheduled medical appointment in Boston for a family member.

3. The parties agree that the time from June 17, 2005 through June 27, 2005 is excludable from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), &(3).

4. The government assents to defendant's motion to continue.

For the above-stated reasons the parties request the Status Conference Hearing be continued to June 27, 2005, at 2:30 p.m.

RESPECTFULLY SUBMITTED,

Date: June 10, 2005

BERNARD T. O'CONNOR, JR
Attorney for John Boiteau
BBO 557872

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/BY HAND ON

6/10/05

Signature