*Filed 6/27/05*
*in Court*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
            v.                    )   CRIMINAL NO. 04-30054-MAP
                                  )
                                  )
JOHN BOITEAU, JR.,                )
                                  )
            Defendant.            )

THE PARTIES' SECOND JOINT STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United
States Attorney for the District of Massachusetts, and Bernard T.
O'Connor, Jr., counsel for defendant, hereby submit the following
status report pursuant to Local Rule 116.5(A) and Magistrate
Judge Neiman's written orders.

1.   The parties agree that this is not a complex case and
therefore does not require relief from the timing requirements
imposed by Local Rule 116.3.

2.   The defendant anticipates requesting discovery
concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E).  The
government requests reciprocal discovery pursuant to
Fed.R.Crim.P. 16(B)(1)(C).  Accordingly, it is appropriate for
the Court to establish dates for response by the parties.

3.   The government, at this time, does not anticipate that
additional discovery will be provided by the government and the
defendant as a result of the future receipt of information,
documents, or reports of examinations or tests.

4.    The government states that a motion date should be established under Fed.R.Crim.P. 12(c).

5.    The parties agree that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).    Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

6.    Counsel for the defendant has reviewed the evidence at the U.S. Attorney's office.    There are no outstanding discovery issues.

7.    The parties anticipate a trial in this case which will require approximately one week consisting of four hour trial days.

8.    The parties agree that the Court can treat this conference as a final status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    _Ariane D. Vuono_____
Ariane D. Vuono
Assistant U.S. Attorney

_Bernard T. O'Connor, Jr_____
Bernard T. O'Connor, Jr.
Counsel for John Boiteau, Jr.

Dated: June 27, 2005