UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
| Defendant ) | |

FINAL STATUS REPORT
June 27, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference this day and, with the parties' assent, converted it into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. All discovery with regard to the Government's case-in-chief has been completed.

2. Defendant has until August 12, 2005, to file a motion to suppress, to which the Government shall respond by September 2, 2005.

3. An initial pretrial conference has been scheduled for September 12, 2005, at 3:00 p.m. in Courtroom I.

4. The parties report and the court finds that no time will have run on the Speedy Trial clock as of September 12, 2005. An Order of Excludable Delay will issue.

5. There are no other matters relevant to report.

    /s/ Kenneth P. Neiman

KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:04-cr-30054-MAP    Document 17    Filed 06/27/2005    Page 2 of 2