UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br> ) <br> v.                      )     CRIMINAL NO. 04-30054-MAP <br> ) <br> JOHN BOITEAU,              ) <br>      Defendant        ) | |

### MOTION TO ENLARGE TIME FOR DEFENDANT TO FILE MOTIONS

Now comes the Defendant, John Boiteau in the above-entitled matter, through counsel, and requests that this Honorable Court enlarge the time for filing motions, now scheduled for August 12, 2005, and requests an extension of fourteen (14) days to August 26, 2005, and states as reasons therefore:

    1.   Additional time will be required in order that Counsel with the assistance from the defendant may prepare and file motions, including a motion to suppress evidence;

    2.   Counsel's schedule has prevented him from scheduling an appointment to meet with the defendant since the scheduling order was put in effect.  In addition, counsel was notified that another case in which he appears in the Hampden County Superior Court Civil Session has been put "on alert", meaning it can be called at any time (with twenty(20) hours notice) and in all likelihood will be called to trial this week;

    3.   The requested extension of time is necessary to ensure the effective preparation of a defense.  The "ends of justice" served by granting the motion outweigh the interests of the public

and the Government in having the case heard immediately;

4. The United States Attorney's Office has been informed of the Defendant's intention to file this Motion and has indicated to the undersigned that it assents to Defendant's Motion for Additional Time; and

5. The Government will not be prejudiced by a short delay.

WHEREFORE, Defendant requests that this Court grant him additional time to file Motions with this Court.

Respectfully Submitted,

BERNARD T. O'CONNOR, JR.
1391 Main Street
Springfield, MA 01103
(413) 781-5311
BBO #557872

CERTIFICATE OF SERVICE

I, Bernard T. O'Connor, Jr. hereby certify that a true copy of the above document was served upon Ariane Vouno, United States Attorney's Office, by hand, on August 10, 2005.

BERNARD T. O'CONNOR, JR.

2