UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 04-30054-MAP |
| | ) | |
| JOHN BOITEAU, | ) | |
|     Defendant | ) | |

## MOTION OF DEFENDANT JOHN BOITEAU TO FILE MOTIONS TO SUPPRESS LATE AND HEREWITH

The Defendant, John Boiteau moves this Honorable Court for leave to file his Motion to Suppress Evidence and Motion to Suppress Statements, together with Memorandums of Law in Support of Motions to Suppress late and herewith. As reasons therefore:

1. By order of this court, Defendant's motion to Suppress Evidence and Statements were to be filed by August 26, 2005.

2. For personal reasons undersigned counsel was not in his office on August 26, 2005 and, accordingly, did not have the opportunity to file Defendant's motions on that date.

3. Undersigned returned to his office this date, the next business day and files Defendant's Motions herewith.

Respectfully submitted,
The Defendant,

Dated: 8/29/05

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street Suite 1022
Springfield, MA 01103—1610
(413) 781—5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/BY HAND ON 8/29/05

