UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 05-30054-MAP
vs. )
)
JOHN BOITEAU )

## MOTION OF DEFENDANT TO SUPPRESS

Pursuant to the provisions of Federal Rules of Criminal Procedure 41(f) and 12(b)(3), the Defendant, John Boiteau, herein moves to suppress all items seized during the search of his home at 92 Bowles Park, Springfield, Massachusetts conducted by agents of the government on October 20, 2004, pursuant to a search warrant for that location issued by this Court.

Defendant asserts said search and seizure was illegal and unreasonable and in violation of rights guaranteed to him by the Fourth and Fourteenth Amendments to the United States Constitution.

In support hereof defendant further asserts that:

1. There was insufficient probable cause to conclude that evidence of criminal conduct would be found at the location to be searched.

2. The search warrant application and affidavit were insufficient, incomplete and invalid on their face. The application and warrant set forth, mere conclusions of the affiant therein.

3. The search warrant was illegally and unreasonably issued. There was no justification for allowing the seizure of all computer equipment,

4. The warrant was not sufficiently particular in describing what could be seized and amounted to a general warrant for the seizure of all computer files and data contained at that location.

5. The affidavits do not sufficiently establish the reliability of the affiant's knowledge that evidence of criminal activity would be found on computer files, records or discs.

6. The information allegedly provided by the affiant was not timely.

7. The officers executing the warrants exceeded the scope of the search and seizure authorized by the warrant.

8. The officers executing the warrant did not harbor an objectively reasonable belief in the existence of probable cause.

WHEREFORE, Defendant moves that all items seized at 92 Bowles Park, Springfield, Massachusetts pursuant to the warrants be suppressed from admission into evidence and for use of any kind in this and any other proceeding.

6/29/05

Respectfully submitted,
THE DEFENDANT
By His Attorney

BERNARD T. O'CONNOR, JR., Esq.
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
(413) 7746-2707-fax
BBO# 557872