UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, ) | |
| Defendant ) | |

*FILED IN CLERK'S OFFICE*
*2005 OCT 11  11: 04*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

### JOINT MOTION TO CONTINUE SUPPRESSION HEARING

NOW come parties and move that the hearing on Defendant's Motion to to Suppress Evidence scheduled for Wednesday, October 12, 2005 be continued.

As grounds therefore, the parties say that there are ongoing negotiations and discussions in an attempt to resolve the issues raised in the Motion to Suppress matter short of a hearing.

WHEREFORE, the parties move that the hearing scheduled for October 12, 2005, be continued to a date convenient with the Court after November 1, 2005.

Respectfully submitted,
The Defendant,

Dated: 10/11/05        By: _____
                            BERNARD T. O'CONNOR, JR.
                            His Attorney
                            BBO No. 557872
                            1391 Main Street - Suite 1022
                            Springfield, MA 01103
                            (413) 781—5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/BY HAND ON
10/11/05
_____
Signature

By: _Ariane Vouno (BTOC.JR)_
Ariane Vouno, Assistant U.S. Attorney
Office of the U.S. Attorney
1550 Main Street
Springfield, MA 01103
413-785-0235

2