UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO CONTINUE SUPPRESSION HEARING**

NOW come parties and move that the oral arguments on Defendant's Motion to Suppress Evidence scheduled for November 4, 2005 be continued. As grounds therefore:

1. The parties say that there are ongoing plea negotiations and discussions which may obviate the need for the Court to hear the motion;

2. As part of the negotiations a report by a treating doctor is necessary, and although that report has been requested, defendant has not yet received the report.

3. The government, having been made aware of defendant's intention of filing this motion has indicated that they assent hereto.

WHEREFORE, the defendant moves that the hearing scheduled for November 4, 2005, be continued to another date convenient with the Court.

Dated: Nov. 3, 2005

Respectfully submitted,
The Defendant,

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON [illegible]

11/3/05

Signature