UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                           )         CRIMINAL NO. 04-30054-MAP<br>)<br>JOHN BOITEAU,                      )<br>          Defendant              ) | |

### DEFENDANT'S MOTION TO CONTINUE SUPPRESSION HEARING

NOW come parties and move that the oral arguments on Defendant's Motion to Suppress Evidence scheduled for November 21, 2005 be continued. As grounds therefore:

1. The parties say that there are ongoing plea negotiations and discussions which may obviate the need for the Court to hear the motion;

2. As part of the negotiations a report by a treating doctor has been provided but additional time is required to review the report.

3. The government, having been made aware of defendant's intention of filing this motion has indicated that they assent hereto.

WHEREFORE, the defendant moves that the hearing scheduled for November 21, 2005, be continued to another date convenient with the Court, after December 15, 2005.

Dated: Nov. 18, 2005

Respectfully submitted,
The Defendant,

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

I HEREBY CERTIFY...

Fax + Mail

11/18/05