UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION TO CONTINUE THE CHANGE OF PLEA HEARING
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests the change of plea hearing scheduled for Friday, December 16, 2005, be continued for two weeks to a date certain convenient to the Court. In support of its motion the government states the following:

1. The change of plea hearing is scheduled for Friday, December 16, 2005, at 3:00 p.m.

2. Due to unforeseen circumstances, counsel for the government has been unexpectedly out of the office September 12th and September 13th. Counsel's daughter was hospitalized September 11th through the 13th with the flu at the Children's Hospital in Boston, Massachusetts.

3. As a result the government has been unable to prepare for the change of plea hearing.

4. Counsel for the defendant, Bernard T. O'Connor, Jr., assents to this motion.

Accordingly, the government respectfully requests that the change of plea hearing be continued for two weeks to a date certain convenient to this Court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:       /s/ Ariane D. Vuono
                              Ariane D. Vuono
                              Assistant U.S. Attorney


Dated: December 13, 2005


CERTIFICATE OF SERVICE


Hampden, ss.                          Springfield, Massachusetts
                                      December 13, 2005

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Bernard T. O'Connor, Jr., Esq., 1391 Main Street, Harrison Place, Suite 1022, Springfield, MA 01103.

                              /s/ Ariane D. Vuono
                              Ariane D. Vuono
                              Assistant U.S. Attorney