UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION TO CONTINUE SUPPRESSION OR RULE 11 HEARING

NOW comes the defendant and moves that the oral arguments on Defendant's Motion to Suppress Evidence/or Rule 11 Hearing, now scheduled for January 6, 2006 be continued. As grounds therefore:

1. Defendant's attorney will be out of the office on January 6, 2006 for a pre-scheduled medical appointment for a family member at the Joslin Diabetes Center in Boston, Massachusetts.

WHEREFORE, the defendant moves that the hearing scheduled for January 6, 2006 be continued to another date convenient with the Court.

Dated: 12/21/2005

Respectfully submitted,
The Defendant,

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON [illegible]
12/21/05
Signature