# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

United States of America

v.  **APPEARANCE**

John Boiteau,

　　Defendant.    Case Number:   04-30054

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for   the United States of America in lieu of Ariane Vuono.

　　I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 10, 2006 | /s/Karen L. Goodwin |
| Date | Signature |

| | |
|---|---|
| Karen L. Goodwin | 549398 |
| Print Name | Bar Number |

1550 Main Street
Address

| | | |
|---|---|---|
| Springfield, | MA | 01103 |
| City | State | Zip Code |

| | |
|---|---|
| 413-785-0235 | 413-785-0394 |
| Phone Number | Fax Number |