UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION TO EXTEND TIME

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, requests that the deadline for responding to the defendant's request for an evidentiary hearing relating to his motion to suppress be extended by three weeks, extending the deadline from February 10, 2006, to March 3, 2006. As grounds for this motion, the government states that this case was just transferred to the undersigned Assistant U.S. Attorney due to the departure of Assistant U.S. Attorney Ariane Vuono and the undersigned needs time to review the file and prepare an appropriate response.

    WHEREFORE, the government requests that the deadline for responding to the motion be extended to March 3, 2006.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                       By:  /s/Karen L. Goodwin
                                      _____
                                      Karen L. Goodwin
                                      Assistant U.S. Attorney
                                      1550 Main Street
                                      Springfield, MA 01103
Dated:    February 10, 2006        413-785-0235

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated February 10, 2006

    /s/Karen L. Goodwin
    _____
    Karen L. Goodwin
    Assistant U.S. Attorney