UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
          v.                   )    CRIMINAL NO. 04-30054-MAP
                               )
JOHN BOITEAU, JR.,             )
                               )
          Defendant.           )
```

## MOTION TO EXTEND TIME

The United States of America moves for to extend until March 15, 2006, the deadline for filing its response to defendant's request for an evidentiary hearing.  As grounds for this motion, the government states that it prepared a response on February 28, 2006, for electronic filing, but for unknown reasons the document does not appear to have been filed.  The government has re-dated the memorandum for filing today.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Karen L. Goodwin
_____
Karen L. Goodwin
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
Dated:    March 15, 2006        413-785-0235

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Karen L. Goodwin
Dated: 3/15/06           Karen L. Goodwin_____