UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-30054-MAP
)
JOHN BOITEAU, JR., )
)
Defendant. )

RESPONSE TO DEFENDANT'S REQUEST FOR EVIDENTIARY

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, responds to the defendant's request for an evidentiary hearing on whether his statement should be suppressed. The government notes that the defendant signed a written waiver of his Miranda rights. Ex. A. At an evidentiary hearing the government would present evidence that the waiver and the statement were knowing and voluntary.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Karen L. Goodwin

Karen L. Goodwin
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
Dated: March 15, 2006            413-785-0235

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: 3/15/06                    /s/Karen L. Goodwin
                                  Karen L. Goodwin