UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

JOHN BOITEAU, JR.          CASE NO.  04-30054-MAP

### NOTICE OF HEARING

PONSOR
_____ D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for AN EVDIENTIARY HEARING ON MOTION TO SUPPRESS STATEMENTS FOR APRIL 12, 2006 AT 11:00 A.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

MARCH 20, 2006                    By:    /s/Elizabeth A. French
     Date                                              Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**

Case 3:04-cr-30054-MAP    Document 37    Filed 03/20/2006    Page 2 of 2