UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, ) | |
| Defendant ) | |

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SUPPRESSION-EVIDENTIARY HEARING

NOW comes the defendant and moves that the hearing and oral arguments on Defendant's Motion to Suppress Statements, now scheduled for April 12, 2006, be continued to May 11, 2006 at 2:00 p.m. for hearing and oral arguments. As grounds therefore:

1. On or about January 10, 2006 the Palmer District Court scheduled the matter <u>Commonwealth v. Barbee,</u> Complaint No. 05-0960 for Trial on April 12, 2006. Undersigned counsel represents the defendant Mr. Barbee. The Court specifically chose that date to ensure two judges were available, as the presiding judge, Judge Patricia Poehler, must recuse herself in that case.

2. At all times the parties had believed that case (<u>Commonwealth v. Barbee)</u> would resolve itself short of trial, and it was not until this week was it determined that a trial in that case will be necessary. The Commonwealth has indicated to undersigned counsel that it is prepared for trial on that date, witnesses have been summonsed, and in all likelihood a trial will take place that day. This case will not be resolved by plea.

3. Accordingly undersigned counsel will not be available for hearing before

this Court in the matter <u>United States v. Boiteau</u> on April 12, 2006, and requests this matter be continued to May 11, 2006 at 2:00 p.m.

4. The parties will not be will not be prejudiced by this short delay.

5. The government, having been made aware of defendant's intention of filing this motion has indicated that they assent hereto.

6. The interests of justice require this motion be allowed.

WHEREFORE, the defendant moves that the hearing be continued to May 11, 2006 at 2:00 p.m.

Dated: 4/6/2006

Respectfully submitted,
The Defendant,

By: *[signature]*
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

ASSENTED TO: *[signature]* Karen Goodwin (BOC)
KAREN GOODWIN, AUSA

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED UPON
(EACH PARTY APPEARING PRO SE AND)
THE ATTORNEY OF RECORD FOR EACH
OTHER PARTY

4-6-06
*[signature]*
Signature

2