```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA  )
                          )
        v.                )    CRIMINAL NO. 04-30054-MAP
                          )
JOHN BOITEAU, JR.,        )
                          )
        Defendant.        )

## MOTION FOR ORDER OR EXCLUDABLE DELAY

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, with the concurrence of the defendant, by his attorney, Bernard O'Connor, moves for an order of excludable delay from May 19, 2006, through September 5, 2006.  The ends of justice served by excluding this time from the Speedy Trial Act outweigh the best interest of the public and defendant in a speedy trial for the following reasons:

1. Additional time is needed for the parties to explore the possibility of a resolution, and, if resolution is not possible, to prepare for trial;

2. Counsel for the defendant has scheduling conflicts, which, when combined with the court's schedule, preclude an earlier trial date; the defendant's interest in continuity of counsel warrants this exclusion of time.

3. The defendant's counsel, in the presence of the defendant, stated in court on May 19, 2006, that the defendant agreed to an order of excludable delay.

WHEREFORE, the government requests that an order of excludable delay issue.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/Karen L. Goodwin
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
Dated: May 24, 2006           413-785-0235
```

CERTIFICATION

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

```
                                    /s/Karen L. Goodwin
Dated: 5/24/06                      Karen L. Goodwin
```