UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 04-30054-MAP |
| | ) |
| JOHN BOITEAU | ) |

SCHEDULING ORDER

May 30, 2006

PONSOR, D.J.

Counsel appeared for a status conference on May 19, 2006. Based on counsel's representations, the court orders as follows:

1. Counsel will report, in writing, on or before June 12, 2006, regarding further proceedings in this case.

2. Trial in this matter, if necessary, will commence on September 5, 2006. At least three days prior to trial, counsel will file proposed voir dire questions, proposed jury instructions and motions in limine.

3. It was agreed at the status conference that the importance of continuity of counsel, in light of defense counsel's schedule and the on-going negotiations regarding a possible plea, justified exclusion of any period of time between May 19, 2006 and September 5, 2006 from the Speedy Trial calculation. Counsel for the government will file an appropriate motion to memorialize this understanding.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge