UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR.,    ) | |
| ) | |
| Defendant.   ) | |

STATUS REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, after conferring with counsel for the defendant, files this status report regarding plea negotiations. The parties are actively engaged in plea negotiations and anticipate being able to report to the court within 30 days (by July 12, 2006) as to whether the case can be resolved by plea or whether a trial will be required.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/Karen L. Goodwin
_____
Karen L. Goodwin
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103
Dated:    June 12, 2006        413-785-0235

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/Karen L. Goodwin
Dated: 6/12/06        Karen L. Goodwin_____