```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL NO. 04-30054-MAP
                              )
JOHN BOITEAU, JR.,            )
                              )
        Defendant.            )
```

## STATUS REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, after conferring with defense counsel, reports as follows regarding plea negotiations. Due to vacation schedules and the need to review evidence to determine the sentencing guideline range, the parties have not completed plea negotiations and propose to report by August 4, 2006, whether the case will be resolved by plea.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Karen L. Goodwin_____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
Dated:   July 13, 2006        413-785-0235
```

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

```
                                   /s/Karen L. Goodwin
Dated: 7/13/06                     Karen L. Goodwin_____
```