```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-30054-MAP
                              )
JOHN BOITEAU, JR.,            )
                              )
        Defendant.            )
```

                        STATUS REPORT

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, reports as follows regarding plea negotiations.  A proposed plea agreement is currently under review; the parties will update the status of this case on or before August 11, 2006.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/Karen L. Goodwin
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
Dated:   August 3, 2006       413-785-0235
```

                     CERTIFICATE OF SERVICE

   I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

```
                              /s/Karen L. Goodwin
Dated: 8/3/06                 Karen L. Goodwin_____
```

Case 3:04-cr-30054-MAP    Document 43    Filed 08/03/2006    Page 2 of 2