```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, JR., ) | |
| ) | |
| Defendant. ) | |

                    STATUS REPORT

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, reports as follows regarding the status of the case.  The parties are unable to resolve the case by plea agreement.  Accordingly, the parties plan to proceed to trial on September 5, 2006.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By:   /s/Karen L. Goodwin
                                Karen L. Goodwin
                                Assistant U.S. Attorney
                                1550 Main Street
                                Springfield, MA 01103
Dated:    August 11, 2006             413-785-0235

                    CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                     /s/Karen L. Goodwin
Dated: 8/11/06                       Karen L. Goodwin_____