UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                      CA NO:   04-30054-MAP

JOHN BOITEAU

### TRIAL ORDER

August 18, 2006

   The Court, having been notified that this case shall proceed to trial by jury on the previously scheduled date of September 5, 2006 at 9:30 a.m., it is hereby ordered that Motions in Limine, if any, shall be filed on or before August 28, 2006.   Proposed jury instructions and proposed _voir dire_ questions will be filed no later than _one week_ prior to trial.  Jury trial will proceed from 9:30 to 1:00 p.m. the first day, and from 9:00 a.m. to l:00 p.m. thereafter unless otherwise notified.

                              MICHAEL A. PONSOR
                              U.S. DISTRICT JUDGE

                 BY: **/s/Elizabeth A. French**
                       Elizabeth A. French
                       Deputy Clerk