

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (413) 785-0235
Facsimile:      (413) 785-0394

*Federal Building and Courthouse*

*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

August 24, 2006

Bernard O'Connor
O'Connor, Martinelli, Cohn & Pikula
1391 Main Street
Springfield, MA 01103

     Re:  Boiteau v. U.S. (No. 04-30054-MAP)

Dear Attorney O'Connor:

     Enclosed please find the resume of John Madama, who will
provide expert testimony in the above-captioned case.  Mr. Madama
will testify that the video-tapes that are the subject of the
indictment contain images of real children.  Mr. Madama's
testimony is based on his experience and his review of the video-
tapes.  Forms summarizing his analysis are enclosed along with
the criteria upon which the analysis was based.

     Mr. Madama will also testify that the technology for
creating quality digital images came into existence in 1990.  He
will testify that motion realism through use of digital imaging
requires 20-30 sequenced images per second and that the video
entitled "Kissing Cousins" would have required at least 8,000
digital images based on its 7-minute duration and the video
entitled "Sports Exam" would have required at least 15,000
digital images based on its 14-minute duration.  He will testify
that the level of realism reflected on the video-tapes could not
have been achieved through digital technology.

                         Very truly yours,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/Karen L. Goodwin
                         Karen L. Goodwin
enc.                     Assistant U.S. Attorney
cc: Clerk of the Court (w/o enc.)