UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )   CRIMINAL NO. 04-30054-MAP
        v.                      )
                                )
JOHN BOITEAU                    )
                                )
        Defendant.              )

**GOVERNMENT'S PROPOSED**
**VOIR DIRE QUESTIONS**

Pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, the United States respectfully requests that the following voir dire questions be asked during jury selection, in addition to the standard questions asked by this Court in criminal trials.

**PROPOSED VOIR DIRE QUESTIONS**

1.  Please describe any social, political, civic, community or religious groups or organizations in which you participate, and whether you have held any leadership roles in such groups.

2.  Have any of you had any experience with a government agency that would cause you to be prejudiced for or against the government?  In particular, this case was investigated by the United States Postal Inspection Service and the United States Immigration and Customs Enforcement Agency.  Does any prospective juror have any particular concern or problem with either of these agencies?

3.  Have you, your relatives or close friends ever been
    arrested, charged with a crime, or convicted of a crime?  If
    any potential juror answers this questions in the
    affirmative, the government respectfully requests that the
    Court question the potential juror regarding the
    circumstances, in private, at the bench, so as to avoid
    embarrassment to the potential juror.

4.  Have you or any of your relatives or close friends been the
    victim of a crime?  If yes, what type of crime?  Were you
    satisfied with the way the matter was handled by the police
    or law enforcement agency? the prosecutors? the courts?

5.  Have you or a close family member ever had, or do you now
    have, a case or claim against, or dispute with, the United
    States or any of its agencies or departments?  Is there
    anything about that proceeding that you found upsetting or
    troubling in any way?

6.  Do you or any member of your family have specialized
    training or experience in digital photography.

7.  Do you or any member of your family regularly access any
    newsgroups on the Internet? If yes, which newsgroups do
    you/they access?

8.  Do any of you believe that the Internet should be
    unregulated, such that anything that is said or done on the
    Internet should remain private?

2

9.   The Indictment in this case charges that the defendant

     received or attempted to receive child pornography.  The

     knowing receipt or attempted receipt of child pornography is

     a crime.  Is there anything about that legal principle that

     you find upsetting or troubling in any way?

10.  In this case, the charges concern the subject of child

     pornography.  Does any prospective juror have any concern

     with the laws governing child pornography?  Do any of you

     believe that the mere possession in one's home of child

     pornography should be legalized in some or all

     circumstances?

11.  This case involves an undercover operation in which a

     government agent acted in a certain role and engaged in a

     transaction with the defendant without telling the defendant

     he was a government agent.  Do you have any feelings about

     the government conducting undercover operations.

12.  The evidence in this case will include images of what the

     government alleges to be children involved in sexually

     explicit conduct. Will you be able to view such images and

     serve as an impartial juror in this case.

13.  Your duty, as jurors, is to judge guilt or innocence based

     upon the evidence.  It is the duty of the judge to determine

     punishment if you vote guilty.  The law does not permit you

     to consider the issue of punishment because there are

     factors having nothing to do with this trial which will

determine lenience or harshness.  Is there anybody here who
would vote "Not Guilty" no matter what the evidence
indicates, merely because this crime may result in a prison
sentence, even though you do not know whether it will or
not?


                              Respectfully submitted
                              For the United States

                              MICHAEL SULLIVAN
                              UNITED STATES ATTORNEY

                              By:/s/Karen L. Goodwin
                              KAREN L. GOODWIN
                              Assistant U.S. Attorney
                              1550 Main Street,
                              Springfield, MA 01103
Dated: August 25, 2006


                     CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF
system will be sent electronically to the registered participants
as identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non-registered
participants.

                              /s/Karen L. Goodwin
                              _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney

4