UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 AUG 28 P 4: 12

U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 04-30054-MAP

JOHN BOITEAU


MOTION IN LIMINE TO EXCLUDE EVIDENCE OR
IN THE ALTERNATIVE, CONTINUE THE TRIAL


Defendant, John Boiteau, now moves that this Court to exclude the recently disclosed expert opinion of John Madama that the government plans to present, or, in the alternative, that the Court continue the trial of this case.

As grounds for this motion, defendant states as follows. One of the elements that the government must prove is that the children depicted in the images are real children. United States v. Hilton, 386 F.3d 13, 18 (1st Cir. 2004). As filed with this Court on August 24, 2006, the government gave notice that it intended to introduce testimony of John Madama regarding the authenticity of the images. In its expert witness disclosure, the government gave notice that it intended to offer testimony from Mr. Madama, and included his report of examination of the videos, which concluded that the individuals depicted in the two videos that are the subject matter of the indictment "contain images of real children." Report, dated August 19, 2006, attached hereto as Exhibit **A**.

1

The Defendant submits that the disclosure provided to date fails to adequately identify the "bases and reasons" for Madama's conclusions. See Fed. R. Crim. P. 16 (a) (1) (G) . In <u>Free Speech Coalition v. Ashcroft</u>, 535 U.S. 234 (2002), the United States argued that virtual images "are indistinguishable from real ones[.]" Madama now claims that he can distinguish - by visual inspection alone - authentic images. The government will offer testimony that, after visually examining the videos, and without using any specialized equipment, Madama concluded the videos images depict real children. The government has not presented evidence to demonstrate how Madama has acquired the ability to visually distinguish real from virtual images, nor has it disclosed in a meaningful way, the bases for that ability.

Under these circumstances, the disclosure should prompt this Court to exclude the evidence. While undersigned counsel understands that the information did not exist until August 19, 2006, that fact should not force the defendant to go forward without adequate preparation.

If the Court is disinclined to exclude the evidence, undersigned counsel proposes a continuance sufficient to allow him to consult an expert, seek further discovery and, most likely, mount a challenge to the admissibility of this testimony. A continuance of two to three months should be sufficient. Undersigned counsel simply cannot properly prepare a pretrial challenge to the admissibility of this testimony and/or rebut it at trial before the trial is scheduled to begin. Undersigned counsel likely will have to retain an expert in the area of image examination in order to properly challenge and meet the newly disclosed evidence. Undersigned counsel should not be forced to seek disclosure of the bases for the

2

proffered expert's opinions in front of the jury.

          Respectfully submitted,
          THE DEFENDANT
          By His Attorney

          /s/ Bernard T. O'Connor, Jr.
          BERNARD T. O'CONNOR, JR., Esq.
          1391 Main Street, Suite 1022
          Springfield, MA 01103
          (413) 781-5311
          (413) 7746-2707-fax
          BBO# 557872

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL / BY HAND ON

8/28/06

/s/ Bernard T. O'Connor, Jr.
Signature

3

EXHIBIT A



**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (413) 785-0235*
*Facsimile:    (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

August 24, 2006

Bernard O'Connor
O'Connor, Martinelli, Cohn & Pikula
1391 Main Street
Springfield, MA 01103

    Re:  Boiteau v. U.S. (No. 04-30054-MAP)

Dear Attorney O'Connor:

    Enclosed please find the resume of John Madama, who will provide expert testimony in the above-captioned case. Mr. Madama will testify that the video-tapes that are the subject of the indictment contain images of real children. Mr. Madama's testimony is based on his experience and his review of the video-tapes. Forms summarizing his analysis are enclosed along with the criteria upon which the analysis was based.

    Mr. Madama will also testify that the technology for creating quality digital images came into existence in 1990. He will testify that motion realism through use of digital imaging requires 20-30 sequenced images per second and that the video entitled "Kissing Cousins" would have required at least 8,000 digital images based on its 7-minute duration and the video entitled "Sports Exam" would have required at least 15,000 digital images based on its 14-minute duration. He will testify that the level of realism reflected on the video-tapes could not have been achieved through digital technology.

                                        Very truly yours,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                By:   /s/Karen L. Goodwin
                      Karen L. Goodwin
enc.                     Assistant U.S. Attorney
cc: Clerk of the Court (w/o enc.)

AUG 25 2006

# John Madama
*Digital Imaging Specialist*

• Seminars     • Photography     • Forensics     • Publishing     • Technical Drawing

16 Rocky Neck Ave., Gloucester, MA 01930

phone: 978-281-8770     email: john.madama@verizon.net

**EDUCATION**

    **B.S. Environmental Science** - 1967 - Rutgers University, New Brunswick, NJ

    **Masters Program - Human Physiology** - 1969 - Fairleigh Dickinson University, NJ

    **Fellowship - Environmental Science** - 1977 - Tufts University, MA

**ORGANIZATIONS**

    **High Technology Crime Investigative Association**

    **Massachusetts Earth Science Alliance**

**WORK EXPERIENCE**

1990 – Present

    **Harvard University - Instructor** - Digital Imaging, Publishing, Illustration

    **Massachusetts Institute of Technology – Instructor** - Digital Imaging, Publishing, Illustration

    **WGBH - TV - Instructor** - Digital Image Processing for Video Production

    **Gloucester Public Schools - Science Curriculum Specialist**

    **Somerville Public Schools - Science and Art Specialist**

    **Digital Technology Clients:** United States Department of Justice - Bangor and Portland, ME; US Postal Inspector for New England; Nashua, NH County Prosecutor's Office; Harvard School of Public Health; Duke University; Tufts University; New England Medical Center; Reebok; The Lowell Sun; Genzyme; Seybold Seminars; The Wampanoag Tribal Council; Learner Publications; Time-Life Books; Holt, Rinehart and Winston Publishers.

1980 – 1989

    **Media Action - Executive Director/Producer** - Directed a media arts center with full production capability for video, audio and graphic art. Initiated a three–year high school program for out-of-school youth in the computer and media arts; produced an educational video series and a book on Native Americans.

    **Intentional Educations - Software Designer** - Author and designer of science education games.

    **Management Sciences for Health - Production Director** - Designed and produced three health science books and teacher manuals.

    **Somerville Public Schools - Science and Art Specialist/Curriculum Developer**

    **Avatar Inc. - Illustrator** - Technical drawings for computer hardware

    **Bunker Hill Community College - Instructor** - Desktop Publishing

    **Harvard University - Instructor** - Desktop Publishing

1970 – 1979

> **Somerville Public Schools - ESEA grant - Project Director/Curriculum Developer** - Developed and designed a set of health books and an education video on nutrition, physical fitness and environmental science.
> **Boston Zoological Society - Writer/Production Director** - Designer and author of a set of four books and curricula on animals, art and culture.
> **Resource Planning Associates/City of Somerville - Education Consultant** - Directed the production of educational materials for an EPA demonstration project for recycling.
> **Herter Science Center - Director** - Developed and designed a series of educational programs and exhibits on energy, conservation and ecology.
> **Appalachian Mountain Club - Program Developer and Educator**
> **Massachusetts Audubon Society - Outdoor Education Specialist**

1967 – 1970

> **United Medical Center - Clinical Microbiologist**

## PUBLICATIONS

### Print

When Continents Collide - The Geology of Massachusetts - Gloucester Schools -2005

The Science of Spinning Tops - Studies with Forces, Energy and Motion - Gloucester Schools - 2005

Digital Imaging with Adobe Photoshop: Author/Illustrator - Harvard University - 2003

Digital Imaging and Forensics: Author - United States Department of Justice, Bangor, ME - 2002

Computer Graphics with Adobe Illustrator: Author/Illustrator - Massachusetts Institute of Technology - 2001

Essentials of Biology: Co-Author - Holt, Rhinehart and Winston - 1998

Trees, People and Places: Designer - Massachusetts Forestry Council 1997

Kids Count: All Our Children: Designer - Massachusetts Committee for Children and Youth - 1994

Desktop Publishing: The Art of Communication: Author /Illustrator - Learner Publications - 1993

Focus on Science: Production Manager/Designer - Tufts University - 1990

Using the Sea as an Educational Resource: Author/Designer- The Gloucester Adventure - 1990

The Wampanoags of Mashpee: Editor/Designer - Indian Spiritual and Cultural Council - 1987

Trade Places: Author/Designer - Massachusetts Department of Education - 1987

Self–Discovery: Production Director - Management Sciences for Health - 1984

Self–Discovery: Alcohol and Other Drugs: Production Director - Management Sciences/Health - 1984

Self–Discovery: Caring, Loving and Sexuality: Production Director - Management Sciences/Health - 1984

Home/Self Health Care: Editor / Production Director - Techne Research - 1984

*Print Publications continued*

Animals of Eskimo Life and Legend: Author/Designer - Boston Zoological Society - 1981

Animals of African Life and Legend: Author/Designer - Boston Zoological Society - 1981

Animals of Indian Life and Legend: Author/Designer - Boston Zoological Society - 1981

Animals in the Sky: Author/Designer - Boston Zoological Society - 1981

A Design for Health: Co–Author and Designer - The Network - 1980

Food for the Health of It: Editor/Designer - The Network - 1980

Ladybugs and Lettuce Leaves: Co–Author/Designer - Somerville Public Schools - 1980

The Earthcycles Calender: Production Manager - Environmental Protection Agency - 1976

Recycle: Author - Environmental Protection Agency - 1975

**Video**

Trade Places: Executive Producer - Massachusetts Department of Education - 1986

Women at Work: Five Portraits: Executive Producer - Massachusetts Department of Education - 1986

Rate Your Plate: Producer – Massachusetts Department of Education - 1980

**Computer Software**

Solar Rescue: Author/Designer - Intentional Educations - 1985

Galactic Zoo: Author/Designer - Intentional Educations - 1985

SunDance - Solar Energy Company: Designer - Massachusetts Department of Education - 1988

From Here to Infinity: Designer - Massachusetts Department of Education - 1988

**PowerPoint Productions**

The Natural History of Eastern Massachusetts - Harvard Landscape Institute - 2006

The Ecology of the West Parish Nature Trail - Gloucester Schools - 2005

**Photography**

The Algonquins - Time-Life Books - 1995

Clambake - Learner Publications - 1992

Wampanoags of Mashpee - Wampanoag Tribal Council - 1987

Era of Change: A Search for Solutions - Boston Public Schools - 1986

Communities in Action: Renewable Resources - State of Massachusetts - 1981

Cycles – Environmental Protection Agency - 1973

## Digital Image/Video Examination Form

**Letter Codes**
RP = Real Persons
LD = Lacks Data
TD - Technology Dated
DC = Digital Character

Case Name: Boiteau          Page # 1 of 2

| Folder | File # or Name | Letter Code | # Description Code and Statement |
|---|---|---|---|
| | Sports Exam | RP, TD<br><br>Running Time: Approx. 14 minutes | ①②③④⑤⑥⑦ 8  9<br><br>This VHS video shows two and three real people interacting. It is not a computer-generated video using digitally-created characters. Features such as skin, hair and the body forms are modeled correctly as in a real photograph or film. Light and shadows fall naturally and are cast and reflected correctly. In addition there are expressive features and complex backgrounds in the video which supports realism.<br><br>Between 20 and 30 images per second must be computer-painted to achieve motion realism in videos. If these images were digitally created, the artist would have create and perfectly sequence at least 15,000 images for the 14 minute running time of this video. Given the current state of technology this is not possible with this level of realism.<br><br>In my opinion this video was created prior to 1990 using 8 mm film, that was transferred onto videotape. Computer hardware and software for creating quality digital artwork first came into use in 1990 with the development of Adobe Photoshop. Thus, if the video was made prior to 1990, it could not contain digital characters because the technology did not exist at that time.<br><br>Although the film is grainy, body structure is defined enough to show that these are not digitally created characters - if they were, they would have a polished texture and a much stiffer appearance. The complexity of the characters interacting in the video reinforces my conclusion that this video shows real persons and could not have been created with computer technology. |

Date 8/19/06   Examined by _____

## Digital Image/Video Examination Form

**Letter Codes**
RP = Real Persons
LD = Lacks Data
TD - Technology Dated
DC = Digital Character

**Case Name:** Boiteau          **Page #** 2 of 2

| Folder | File # or Name | Letter Code | # Description Code and Statement |
|---|---|---|---|
| | Kissing Cousins<br><br>RP, TD<br><br>Running Time:<br>Approx.<br>7 minutes | RP, TD | ①②③④⑤⑥⑦ 8 9<br><br>This video shows two real people. It is not a computer-generated video. This conclusion is based on the technical difficulty of creating the video and the natural features of the males.<br><br>In my opinion this video was created prior to 1990 using 8 mm film, that was transferred onto videotape. It has the textural appearance of film that was used in the 1970s and 1980s. Computer hardware and software for creating quality digital artwork first came into use in 1990 with the development of Adobe Photoshop. Thus, if the video was made prior to 1990, it could not contain digital characters because the technology did not exist at that time.<br><br>Between 20-30 images per second must be created and perfectly sequenced to achieve motion realism in video. In the case of this video of 7 minutes running time, at least 8000 images would have to be painted and perfectly sequenced. In my opinion, this task makes this video not possible to create using digital paintings with existing technology.<br><br>In addition, the skin and body forms are modeled correctly as in a real photograph with light and shadow. Hair on both males show the softness and natural motion when the males move. In addition, skin which is very difficult to create digitally is realistic especially in the hand and penis. There is also expressive features in the males that adds to the difficulty. In my opinion this video is not computer generated with digital characters. It is a video showing real persons.<br><br>Although the film is grainy, the characters are defined enough to show that these are not digitally created. If they were, they would have a sharper texture and a much stiffer appearance. Finally, the complexity of the characters interacting in the video reinforces my conclusion that this video shows real persons which could not have been created with computer technology. |

Date 8/19/06   Examined by _J.O. Madame_ (signature)

# Criteria for Demonstrating Realism in Digital Images

*The following criteria are used to make a determination that an image is real and not computer-painted or generated. Each number below is referenced on an the examination form for each submitted file*

**1. Does the Image Look Real to a Digital Forensic Specialist? Could a Computer Artist Create this Image? Does the Image have a Texture that Indicates the Type of Media that Created the Image?** An image with a 1 circled indicates that it is the conclusion of the examiner that the image is real and not computer generated due to the technical difficulty in creating this image or its texture. In order to match in appearance a photographed real person, the computer artist for this image would have to construct features such as a perfectly modeled three-dimensional body frame and musculature, translucent skin, random soft-looking hair; position a digital light source and shadows, build a facial expression, and often make a complex background. The task is made all the more difficult in that the artist has to use a palette of up to 16.7 million colors and lay an average of 200,000 points of paint. Since child pornography images often involve an adult and a child, the task is compounded by often having to create two digital characters interacting. An additional factor in determining realism is the texture of the media that created the image - 8mm, 35mm, and 70mm (IMAX) film; VHS videotape, digital cameras/camcorders and digital created/painted characters each have a different textural appearance and thus can indicate if the image is a real person or a digital character. This indicator is just as valid as a painter or art historian telling the difference between a picture created with an oil-base paint, watercolors or acrylics.

**2. Skin** - In a real photograph skin is natural-looking and soft-appearing, not stiff and flat. It shows the reflection of light off its surface as well as it's translucent nature. In real images, light and shadow boundaries on skin make soft transitions. In addition, blood vessels and random blemishes support realism.

**3. Hair** - Hair appears soft with individual random fine hairs catching and reflecting light at different angles. Areas such as eyebrows and eyelashes in digital generated images, especially under magnification, are stiff and too orderly when compared to a real person. Soft, delicate body hair on arms, legs and pubic areas supports realism.

**4. Light and Shadow** - When a real person is photographed in a studio or outdoors, there can be one or more sources of direct and reflected light that naturally models the body frame, skin and hair. Getting this correct is a major challenge for the digital artist. Complex computer algorithms are used to simulate light on surfaces in digital creations and cannot match the realism of a photographed person. In examined images, light and shadow transitions and perfect modeling can be used to determine a real image from a computer generated image.

**5. Expressive Features** - Humans have over 20 facial muscles and several bones which create the nuance of a expression and emotion. Getting real expression in a digital painted image is very difficult especially if there are a series of images. Computer generated images can have a stiff or doll-like expression whereas a real image will be subtle and have a great range of expression.

**6. Technology Dated** - Image contains clothing, hair styles or objects that indicates that it was taken before computer graphic artists had the hardware and software to create a digitally near-realistic image. The texture of the image can also be an indicator of when it was created.

**7. Series of Images** - Images that show the same individual or individuals in several photographs in a series or the evidence is in a digital video format. A series of images increases the degree of difficulty in generating realism in a computer generated image. The person or interacting persons in a real photograph are perfectly reproduced individuals with a change in position and expression.

**8. Known Person** - The image contains a known individual that has been confirmed by authorities. The person or persons in the images may be contained in federal or state image databases.

**9. Digital Composite** - This type of image is created when two separate images are combined to form a single image. Digital composites are often indicated by: Seams or hanging pixels between composited images; light and shadow inconsistencies; color and modeling inconsistencies or incorrect sizing of the different components of the image.

©John Madama 2006