UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-30054-MAP |
| vs. | ) |
| | ) |
| JOHN BOITEAU | ) |

PROPOSED VOIR DIRE QUESTIONS TO THE JURY

Now comes the defendant and requests that the Court examine jurors as to whether they are related to any witnesses, or have an interest in the case, or have formed or expressed an opinion on the merits of the case, or are sensible of any bias or prejudice; that they understand proof beyond a reasonable doubt and the Commonwealth's burden with respect to it; that the Defendant need not present any evidence in his behalf, and that he is presumed innocent until or unless proven guilty beyond a reasonable doubt.

And further, that if any juror would tend to believe the testimony of a Federal Agent or law enforcement officer over anyone else's testimony he or she should indicate that to the Court; or if any juror would automatically believe that a person is guilty of a crime if the Federal Agent or law enforcement officer so stated, despite other evidence to the contrary, that juror should so indicate to the Court.

And further that this charge is that the Defendant receiving child pornography:

1. Does the charge make it difficult for you to remain impartial or does it interfere with your ability to decide the case?

2. Are you or any of your relatives or friends members of any group or organization that is dedicated to protecting child from any abuse including sexual exploitation, or any other similar-type organization?

3. The charge of receiving child pornography has raised a great deal of publicity. Do you feel that what you have heard or read will affect your ability to remain fair and impartial as a juror?

4. Is there any reason at all why you feel you cannot fairly and impartially judge this case?

5. Do you have any moral, religious or personal objections to (a) sexually explicit materials generally; (b) depictions of sex; or (c) depictions of homosexual acts between two women or two men.

6. Whether your feeling about these topics, if any, might cause you to favor the prosecution of such material.

7. Whether your feelings or beliefs which might interfere with your ability to look at sexually explicit materials, including homosexual acts, in their entirety, with an open mind.

8. Whether you would be able to discuss such materials with other jurors, including jurors of the opposite sex.

9. Whether you have any feelings about the mail-order distribution of sexually-explicit materials, or about businesses that engage in such distribution.

10 . Whether you would, if selected, feel any pressure from family, friends or acquaintances in the community to vote a particular way.

11. Whether you would be able to apply the law, even if it was in direct conflict with the juror's fundamental religious principles.

                                              Respectfully submitted,
                                              The Defendant, John Boiteau

Dated: 08/29/2006

By: _____
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL / BY HAND ON 8/30/06

_____
Signature

3