UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04-30054-MAP |
| ) | |
| JOHN BOITEAU, ) | |
| Defendant ) | |

## MOTION IN LIMINE
## MOTION TO BAR ADMISSION OF "OTHER ACTS" EVIDENCE
## (PROPENSITY)

1.  Defendant, John Boiteau, is charged with receipt of child pornography.

2.  The incident for which defendant is to stand trial is said to have occurred on or about October 20, 2004, and in circumstances in which it is alleged that he received, through the U.S. mail, two video tapes that contained child pornography.

3.  The prosecution has notified the defense of its intent to present evidence prior to this incident in which the defendant was alleged to have downloaded images of child pornography to his home computer.

4.  The "other acts" evidence is inadmissible as it fails to establish a unique modus operandi, sufficient to stand as a signature crime and thus shed light on the defendant's knowledge.

5.  The "other acts" evidence should be excluded under this jurisdiction's rule permitting character/propensity evidence in child pornography cases.

6.  The defense will be unduly prejudiced by this evidence, which will operate to deprive the accused of the presumption of innocence.

7.  Application of a Rule 403 balancing permits a court to exclude other acts evidence under the propensity rule where it has minimal probative value and great

likelihood for unfair prejudice.

8. The prejudice in this instance will be great, as the allegation would not add any special probative value to show intent or knowledge and its limited probative value is outweighed by the great unfair prejudice to the defendant.

WHEREFORE, for the reasons contained herein and for such additional reasons as may become apparent at a hearing on this Motion, defendant request this Court to ORDER that the prosecution be barred from admitting any evidence or asking any questions regarding, the alleged prior possession and images said to contain child pornography.

Dated: 08/29/2006

Respectfully submitted,
The Defendant, John Boiteau

By: *[signature]*

BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/BY HAND ON 8/30/06

*[signature]*
Signature