UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 04-30054-MAP |
| JOHN BOITEAU, JR., ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

**PONSOR, D.J.**

WHEREAS, on December 28, 2004, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging John Boiteau, Jr. (the "Defendant"), with Receipt and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count One);

WHEREAS, the Indictment also sought forfeiture, pursuant to 18 U.S.C. § 2253(a), of any and all matter which contains visual depictions produced, transported, shipped or received in violation of 18 U.S.C. §§ 2252 and/or 2252A; any property constituting, or derived from any proceeds the Defendant obtained, directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computers and related items that were seized by law enforcement officials from the Defendant's residence on October 20, 2004;

1

Case 3:04-cr-30054-MAP   Document 66-2   Filed 03/27/2007   Page 2 of 3

WHEREAS, on September 1, 2006, the Defendant pled guilty to Count One of the Indictment and at the September 1, 2006 hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant admitted that the following property was subject to forfeiture on the grounds that it was property used and intended to be used to commit the offenses charged in the Indictment: (1) one Dell Inspiron laptop Serial Number TW04e641128001b61106, (2) one Dell DHM Tower Serial Number F8M3321, (3) one Gateway MDW E4100 E Series Serial Number 003151099, and (4) miscellaneous electronic/computer equipment (the "Property");

WHEREAS, on September 13, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the Boston Herald on October 19, 2006, October 26, 2006, and November 2, 2006; and

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on December 3, 2006.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Property, and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 2253(a).

3. All other parties, having any right, title, or interest in the Property, are hereby held in default.

*/s/ Michael A. Ponsor*
MICHAEL A. PONSOR
United States District Judge

Date: *March 28, 2007*