U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*Elkton, Ohio 44415*

July 10, 2007

The Honorable Michael A. Ponsor
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 5710
Boston, Massachusetts 02210

Re:   Boiteau, John Jr.
      Reg. No. 90839-038
      Docket No. 3:04CR30054-001-MAP

Dear Judge Ponsor:

On December 1, 2006, you sentenced John Boiteau, Jr., to a 60-month sentence for Receipt and Distribution of Child Pornography. At the time of sentencing, you recommended he participate in the Sex Offender Treatment Program (SOTP).

The Bureau of Prisons is committed to cooperating with the courts and strives to provide the best possible opportunities for inmate programming. In the case of Mr. Boiteau, we were unable to follow your recommendation. The SOTP is offered at the Federal Correctional Institution (FCI) in Butner, North Carolina. However, final acceptance into the SOTP is not determined until approximately 36 months prior to an offender's release from custody. Mr. Boiteau has been assigned to the Federal Correctional Institution (Federal Satellite Low) in Elkton, Ohio, which is the nearest appropriate facility to his home in Springfield, Massachusetts, that had available bed space. If eligible, he will be referred for participation in the SOTP when he is within 36 months of release, in accordance with your recommendation.

We appreciate the Court's recommendation and would be pleased to further discuss this matter should you desire. Please feel free to contact me directly at (330) 420-6432.

Sincerely,

J. T. Shartle
Warden